946 F.2d 900
 Anixter (Ivan A.), Kunkel (E.M.), Cross (Wynema), Est. of
Cross (Norman, Jr.), Cross & Co., Borch (Fred), Est. of
Smith (J.), Ammidon (Hoyt), Dennler (William), Est. of Gates
(Thomas), Est. of Westfall (Ted), Est. of Bueche (Arthur),
Gouldthorpe (Hubert), McCune (Francis K.), Buda (Joseph),
Horak (Joseph), Hilburn (Earl), Waldron (Hicks), Lockton
(John), Powers (Peter), Thorner (Thomas), Grohne (William),
Warren (Beatrice), Bennett (Joseph)
v.
American Home Assurance Company,
 NO. 91-5050
 United States Court of Appeals,
Tenth Circuit.
 OCT 23, 1991
 
 1
 Appeal From: N.D.Okl.
 
 
 2
 REVERSED.